Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET       # U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**          ○YES    ⊙NO          **DOCKET NUMBER:**   3:26-CR- 70 - MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**          :US vs MARCUS LEKELL GAINEY

**COUNTY OF OFFENSE**          :   ANSON

**RELATED CASE INFORMATION**          :

Magistrate Judge Case Number          :

Search Warrant Case Number          :

Miscellaneous Case Number          :

Rule 20b          :

**SERVICE OF PROCESS**          :   ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*     ○Petty     ○Misdemeanor     ⊙Felony

21 U.S.C. § 841(a)(1) 18 U.S.C. § 924(c) 18 U.S.C. § 922(g)(1)

**JUVENILE:**     ○ Yes     ⊙ No

**ASSISTANT U. S. ATTORNEY**          :   MARCUS LEKELL GAINEY

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED**          :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )