# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. | Marcus Lekell Gainey

Case Number: | 3:26- cr- 70- MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21USC841(b)(1)(B) | 5 | 5-40yrs; $5M fine; no less than 4yrs SR |
| 2 | 18 USC924(c) | 5 | 5-Life Consecutive; $250K fine; no more than 5yrs SR |
| 3 | 18USC922(g)(1) | 0 | 0-15yrs; $250K fine; no more than 3yrs SR |
| 4 | 18USC922(g)(1) | 0 | 0-15yrs; $250K fine; no more than 3yrs SR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE